[No. 17851–2–I.  Division One.  October 5, 1987.]

*In the Matter of* R. M. F.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. SANDRA I. FLAKS, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 83–7–01049–5, Arthur E. Piehler, J., entered January 10, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Swanson and Williams, JJ.